UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN BULLOCK on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PURE SALT INTERIORS, INC.<br><br>Defendant. | Case No.: 1:22-cv-10550 |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with prejudice, and without costs. Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

Dated: March 9, 2023

/s/ Mars Khaimov

Mars Khaimov, Esq.
MARS KHAIMOV LAW, PLLC
108-26 64th Avenue, Second Floor
Forest Hills, New York 11375
Tel: (929) 324-0717
Fax: (929) 333-7774
Email: mars@khaimovlaw.com

*Attorneys for Plaintiff*