UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN BULLOCK on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>PURE SALT INTERIORS, INC.<br><br>Defendant. | Case No. 1:22-cv-10550<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Forest Hills, New York
           May 2, 2023

SO ORDERED.

[signature]

May 3, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**
By:   Mars Khaimov, Esq.
        108-26 64th avenue, Second Floor
        Forest Hills, New York 11375
        Tel (929) 324-0717
        Fax (929) 333-7774
        Email: mars@khaimovlaw.com
        *Attorney for Plaintiff*